

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-17-00826-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR08935
Honorable Jefferson Moore, Judge Presiding

# ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

     The court has considered the Appellant's Motion for Rehearing En Banc and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court